**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION NO. |
| | : | 1:00-CR-0601-02-RWS |
| v. | : | |
| | : | CIVIL ACTION NO. |
| PEDRO WILLIAMS, | : | 1:11-CV-4435-RWS |
| | : | |
| Defendant. | : | |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [135] of Magistrate Judge E. Clayton Scofield, III. After reviewing the Report and Recommendation, as well as Petitioner's "Motion to Reply," the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, the Petition is hereby **DISMISSED**, **WITHOUT PREJUDICE** and a certificate of appealability is **DENIED**.

**SO ORDERED** this  20th  day of June, 2012.

_____
**RICHARD W. STORY**
United States District Judge